AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Ignacio Didio

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1691-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 26, 2005__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

did move and travel in interstate commerce from Massachusetts to North Carolina with intent to avoid prosecution under the laws of the Commonwealth of Massachusetts, for a crime which is a felony under the laws of the Commonwealth of Massachusetts

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-14-2005                                       at   Boston, MA
Date                                                   City and State

Chief U.S. Magistrate Judge Charles B. Swartwood III     _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.