<u>AFFIDAVIT</u>

05-1691-CBS

I, Michael Dougherty, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn upon my oath, depose and state the following:

1. I have been a Special Agent for approximately one year, assigned to the Boston Division of the FBI. Prior to my employment with the FBI, I served approximately seven years on the Philadelphia, Pennsylvania Police Department.

2. As such I am aware that it is a violation of Title 18, United States Code, Section 1073 for a person to move or travel in interstate and foreign commerce with intent to avoid prosecution under the laws of the place from which he flees for a crime which is a felony under the laws of the place from which he flees.

3. This affidavit does not contain all information I have learned but that which is sufficient to support a request for a criminal complaint charging **IGNAZIO DIDIO** ("**DIDIO**"), d.o.b. July 22, 1954; social security number: \*\*\*-\*\*-5466 with a violation of 18 U.S.C. §1073.

4. The Massachusetts Essex County District Attorney's Office has requested the assistance of the FBI in the location and apprehension of **DIDIO**. I have conducted an investigation and determined the following:

  a. On September 11, 2003, **DIDIO** was charged with seven counts of larceny by false pretense in violation of Massachusetts General Law, Chapter 266, Section 30.

  b. Each count of the crime of Larceny by False Pretense is a felony offense punishable by a maximum penalty of five years in state prison, two years imprisonment in jail, and a fine of up to $25,000.

  c. On January 26, 2005, **DIDIO** failed to appear for a scheduled court appearance in Lawrence District Court and remains in default status. A copy of the Warrant issued by the court is attached hereto.

  5. Law enforcement efforts to locate **DIDIO** within the Commonwealth of Massachusetts since that date have been unsuccessful.

  6. Following a diligent investigation by local, state and federal authorities, it has been determined that **DIDIO** is no longer residing in the Commonwealth of Massachusetts;

  7. On May 23, 2005, Special Agent Steven Wells, Office of the Inspector General, Social Security Administration, advised that **DIDIO** was currently receiving social security benefits at 2004 Quail Court, Clayton, North Carolina 27520.

  8. Assistant District Attorney Friedholm has informed me that the Essex District Attorney's Office will rendite **DIDIO** if

he is apprehended within the Mid-Atlantic region of the United States.

9. Based upon the foregoing and upon my training as a Special Agent of the FBI, there is probable cause to believe that **DIDIO** on or about the 26th day of January, 2005, in the District of Massachusetts, did move and travel in interstate commerce from Massachusetts to North Carolina with intent to avoid prosecution under the laws of the Commonwealth of Massachusetts, for a crime which is a felony under the laws of the Commonwealth of Massachusetts, in violation of Title 18, United States Code, Section 1073.

_____
Michael Dougherty
Special Agent
Federal Bureau of Investigation
Lowell Resident Agency


Subscribed and sworn to before me this 14th day of July, 2005

_____
CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE