AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

Ignacio Didio

**WARRANT FOR ARREST**

CASE NUMBER: 05-1691-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ignacio Didio___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
interstate flight to avoid prosecution

[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 JUL 14 P 2:41]

in violation of Title __18__ United States Code, Section(s) __1073__

Charles B. Swartwood III
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

[Court Seal]

Chief U.S. Magistrate Judge
Title of Issuing Officer

07-14-2005    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

EXECUTED BY FBI
AT ARRAIGNMENT OF THE DEFENDANT ON 6/85

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _Ignacro Ojdio_

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _7/22/54_

SOCIAL SECURITY NUMBER (last 4 digits only): _018 44 5466_

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _M2961 TA2_

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _FBI - Larry Travaglia_